### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

ELMO KIRBY, JR.                                                                                                    PLAINTIFF

v.                                          No. 4:08CV00338 JLH

UNITED AMERICAN INSURANCE COMPANY;
UA PARTNERS; and WILLIAM W. DRAPER                                              DEFENDANTS

## ORDER

William A. Waddell, Jr., of Friday, Eldredge & Clark, LLP, counsel of record for United American Insurance Company, has filed a motion for admission *pro hac vice* on behalf of Brooks A. Richardson. The motion is GRANTED. Document #77. Brooks A. Richardson is hereby admitted to appear before this Court as co-counsel in this action for United American Insurance Company.

IT IS SO ORDERED this 23rd day of July, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE